UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESSEX SURGICAL, LLC. et al., <br><br> **Plaintiffs,** <br><br> v. <br><br> **AETNA LIFE INSURANCE CO., et al.,** <br><br> **Defendants.** | Civ. No. 2:23-cv-03286 (WJM) <br><br> **ORDER** |

A Report and Recommendation ("R&R") was filed by Magistrate Judge André Espinosa on December 31, 2024 recommending that Plaintiffs' motion to remand be granted. ECF No. 62. Pursuant to Local Civil Rule 72.1(c)(2), Defendants Aetna Life Insurance Co. and Aetna Health Insurance Co. ("Defendants") filed their objections to the R&R on January 14, 2024, ECF No. 63, and Plaintiffs filed a response in support of adopting the R&R, ECF No. 67. After careful consideration of the parties' submissions and a *de novo* review of the R&R, and good cause appearing,

IT IS on this 21 day of February 2025, hereby

ORDERED that the Report of Magistrate Judge André Espinosa dated December 31, 2024 is adopted as the Opinion of this Court; and

IT IS FURTHER ORDERED that Plaintiffs motion to remand this action to state court is **GRANTED**.

WILLIAM J. MARTINI, U.S.D.J.

Date: February 21, 2025

1